NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUIS MOLINA, JR.,**
*Petitioner,*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2014-8004

---

Petition for review of a decision of the Bureau of Justice Assistance in PSOB Claim No. 2008-DIS-048.

---

## ON MOTION

---

Before O'MALLEY, WALLACH, and HUGHES, *Circuit Judges.*

O'MALLEY, *Circuit Judge.*

### O R D E R

The Department of Justice ("Department") moves without opposition to remand this case to the Bureau of Justice Assistance ("Bureau") for further consideration.

The Department concedes that appellant Luis Molina, Jr. submitted medical evidence that was not specifically addressed in the Bureau Director's final determination. We

agree with the Department that remand is appropriate for the Bureau to (1) evaluate and address all of the evidence in the record in a further written decision and (2) allow Molina the opportunity to submit any additional evidence or argument.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted.  This case is remanded for further proceedings consistent with this order.

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30

ISSUED AS A MANDATE:  August 25, 2014